United States District Court Southern District of Ga
Statesboro Division

Damon Young            §     Civil Action No:
  Plaintiff            §     6:17-CV-131
                       §
  v.                   §
Deputy Warden Smith, et al §
  Defendants.          §
                       §

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 11:57 am, Nov 28, 2018

Letter to the Clerk of Court Requesting a Copy of local Rules for Compelling Discovery.

I would like a copy of the local court rules for compelling discovery so I do everything in the correct manner with the courts rules.

Signed this 24 day of Nov. 2018

Damon Young   1030956
Ga State Prison
2164 Ga Hwy 147
Reidsville, Ga 30499