Damon Young 1030956
Ga State Prison
2164 Ga Hwy 147
Reidsville, Ga 30499

MACON GA 310

26 NOV 2018 PM 2 L

USA FOREVER

INSPECTED BY ⓐ

U.S. District Court
Clerk of Court
P.O. Box 1636
Brunswick, Ga 31521

31521-163636

**Georgia State Prison Reidsville, GA 30499**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which the facility/center or has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.