United States District Court Southern District of Ga

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 JUN -3 AM 8:47
CLERK_____
SO. DIST. OF GA.

Damon Young          §
   Plaintiff         §     Civil Action No.
vs.                  §     6:17-CV-131
Warden Allen, et, al §
   Defendants.       §

Plaintiff; Motion To Dismiss his Claims Against Allen, Smith, Hutchinson, Gillis, Shoemake, and Pineiro.

   Plaintiff request the court to dismiss all of his claims against Allen, Smith, Hutchinson, Gillis, Shoemake and Pineiro.

   The only claim plaintiff would like to go forward with is the Eighth Amendment claim for Deliberate Indifference against Reno, and DeGroot.

Signed this 27 day of May 2019

Damon Young

Certificate of Service

I do hereby certify that I have this 27 day of May 2019 Placed the enclosed in the Prison Mail box postage prepaid address to

Rodney Atreopersaud
Ga Dept of law
40 Capitol Square S.W
Atlanta, Ga 30334

U.S. District Court
Clerk of Court
P.O. Box 1636
Brunswick, Ga 31521

Damon Young