U.S. District Court Southern District of Georgia
Statesboro Division

RECEIVED
DATE 10/10/19
D. Taylor
DEPUTY CLERK
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK, GEORGIA

| | | |
|---|---|---|
| Damon Young | § | |
| Plaintiff | § | Civil Action No: |
| v. | § | 6:17-CV-131 |
| Smith, et, al | § | |
| Defendants. | § | |
| | § | |
| | § | |

## Request For A Case Update For YOUNG vs SMITH, et, al

The plaintiff respectfully request an update on civil action titled above, so he can see what motions need to be filed in order to get his claims moving forward. Thank you so much.

Signed this 5th day of Oct 2019

/s/ Damon Young

Damon Young 1030956
Hays State Prison
777 Underwood Dr.
Trion, Ga 30753