IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAMON YOUNG, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-131 |
| v. | |
| DEPUTY WARDEN SMITH, et al., | FILED<br>Scott L. Poff, Clerk<br>United States District Court |
| Defendants. | *By casbell at 3:09 pm, Jan 16, 2020* |

**O R D E R**

On June 3, 2019, Plaintiff filed a Motion to Dismiss his claims against Defendants Allen, Smith, Hutchinson, Gillis, Shoemake, and Pineiro. Doc. 67. In his Motion, Plaintiff requested the Court dismiss all his claims against Defendants Allen, Smith, Hutchinson, Gillis, Shoemake, and Pineiro and specified the only claims he sought to pursue were his Eighth Amendment claims for deliberate indifference against Defendants Reno and DeGroot. Id.

Defendants Allen, Smith, Hutchinson, Gillis, Shoemake, Pineiro, and Bobbitt filed a Response to Plaintiff's Motion to Dismiss, noting they had no objections to Plaintiff's Motion, other than Plaintiff's failure to mention Defendant Bobbitt. Doc. 68. In light of Plaintiff's statement that he only seeks to pursue claims against Defendants Reno and DeGroot, the Court concludes Plaintiff's omission of Defendant Bobbitt from his Motion to Dismiss was in error.[1]

---

[1] The Court also notes Defendant Bobbitt, along with Defendants Allen, Smith, Hutchinson, Gillis, Shoemake, and Pineiro, filed a Motion for Summary Judgment on April 24, 2019. Doc. 61. Plaintiff's failure to timely respond to this Motion is additional support for the Court's conclusion that Plaintiff does not intend to prosecute his claims against Defendant Bobbitt. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

However, in an abundance of caution, the Court **DIRECTS** Plaintiff to notify the Court within 14 days of this Order whether he intends to pursue his claims against Defendant Bobbitt in this action or to otherwise **SHOW CAUSE** why Defendant Bobbitt should not be dismissed from this action. Plaintiff's failure to timely respond to this Court's Order may result in the dismissal of his claims against Defendant Bobbitt for failure to follow this Court's Order.

**SO ORDERED**, this 16th day of January, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA