**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

DAMON YOUNG,

    Plaintiff,

v.

DEPUTY WARDEN SMITH, et al.,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-131

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 72). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Plaintiff's Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's claims against Defendants Allen, Gillis, Hutchinson, Pineiro, Shoemake, Smith, and Bobbitt, and **DENIES as moot** Defendants Allen, Gillis, Hutchinson, Pineiro, Shoemake, Smith, and Bobbitt's Motion for Summary Judgment. Plaintiff's claims against Defendants DeGroot and Reno remain pending.

**SO ORDERED**, this 11th day of March, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA