**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

DAMON YOUNG,

        Plaintiff,

    v.

RENO; and JAMES DEGROOT,

        Defendants.

CIVIL ACTION NO.: 6:17-cv-131

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 77).  Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DENIES in part** and **GRANTS in part** Defendants' Motion to Dismiss.  (Doc. 45.) The Court **DENIES** Defendant's Motion to Dismiss Plaintiff's claims based on his failure to exhaust his administrative remedies.  However, the Court **GRANTS** Defendants' Motion to Dismiss based on Plaintiff's failure to state a claim.  Thus, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 15th day of March, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA