AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAMON YOUNG,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-131

RENO; and JAMES DEGROOT,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 15, 2021, adopting the Report and Recommendation of the Magistrate Judge, Defendant's Motion to Dismiss is granted in part and denied in part. The Court grants Defendant's Motion to Dismiss based on Plaintiff's failure to state a claim. Further, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| March 16, 2021 | John E. Triplett, Acting Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03